# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**GREGORY L. NEACE,**

    Plaintiff,

           **CASE NO.**    **3:10-CV-444**

**-vs-**

           **District Judge Timothy S. Black**
           **Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ] Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X] Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. 10) in its entirety; **OVERRULES** Defendant's Objections (Doc. 11); **REVERSES** the Commissioner's Decision that Plaintiff was not disabled; **REMANDS** this case to the Commissioner for payment of benefits; and **TERMINATES** this case.

Date:   October 31, 2011                        **JAMES BONINI, CLERK**

                                                         By: s/ M. Rogers
                                                          Deputy Clerk